UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ, | No. 2:13-cv-1314 WBS DAD P |
| Plaintiff, | |
| v. | ORDER |
| J. D. LOZANO, et al., | |
| Defendants. | |

On December 2, 2014, plaintiff filed a motion to amend the complaint and a proposed amended complaint (ECF Nos. 13 and 14). This civil rights action was closed on April 24, 2014. Plaintiff is advised that documents filed by him since that closing date will be disregarded and no orders will issue in response to future filings.

Dated: January 6, 2015

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/kly
hern1314.58

1